UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  No. 06-0509 MMC  (JCS) |
|     Plaintiff, | ) |
| | )  ~~PROPOSED~~ ORDER AMENDING |
|     v. | )  CONDITIONS OF RELEASE |
| | ) |
| TISHAN LOWE, | ) |
| | ) |
|     Defendant. | ) |

1.  On August 3, 2006, the Court imposed a condition of pretrial release, that defendant remain in a halfway house on a twenty-four hour basis except to appear in court and to meet with Pretrial Services.

2.  Upon the defendant's motion, heard on November 3, 2006, the Court amends the twenty-four condition to permit the defendant to leave the halfway house to seek and maintain employment.  All other terms and conditions of pretrial release will remain in effect.

IT IS SO ORDERED.

DATED: Nov. 6, 2006

_____
HON.
United States Magistrate Judge

Judge Joseph C. Spero

~~PROPOSED~~ ORDER AMENDING CONDITIONS OF RELEASE
CR 06-0380