FILED

NOV 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06 – 0509 MMC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| TISHAN LOWE, | ) | |
| Defendant. | ) | |

The defendant may leave Cornell Corrections to spend Thanksgiving with his family.

Pretrial Services may set the times and conditions for this visit.

Dated: 11/22/06

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

1