IN THE UNITED STATES DISTRICT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
* * * * * * *

**E-Filing**

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) <br>                        Plaintiff,           ) <br>                                  ) <br> vs                                   ) <br>                                  ) <br> TISHAN LOWE,                       ) <br>                        Defendant.       ) | Case No. CR-06-0509 MMC <br><br> ORDER FOR <br> VOLUNTARY SURRENDER |

      Defendant has requested permission to report voluntarily, at defendant's own expense, to the federal institution designated by the Attorney General for service of defendant's sentence:

      IT IS HEREBY ORDERED THAT:

      (1)    A stay of execution of defendant's sentence is GRANTED on the conditions set forth below, and during the period of the stay, Defendant shall remain at large on Defendant's present cognizance.

      (2)    Defendant shall immediately report to the United States Marshal's Office, Room 20006, 450 Golden Gate Avenue, San Francisco, for further instructions, which Defendant shall follow precisely.

      (3)    Defendant shall report to the federal institution designated by the Attorney General on or before 2:00 p.m., or to the above office of the United States Marshal on or before 12:00 noon, on  Wednesday, April 11, 2007  .

      (4)    Any failure by Defendant to obey all requirements of this order shall be punishable as a contempt.

      <u>FAILURE TO APPEAR</u> as required in this Order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and is punishable by additional imprisonment of up to five years.

Dated: February 9, 2007

                                                                   Honorable Maxine M. Chesney <br>
                                                                   United States District Judge

cc:    U.S. Marshal <br>
       AUSA <br>
       Defense Attorney <br>
       Defendant