IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06 - 509 MMC |
| Plaintiff, ) | ORDER RE: VOLUNTARY SURRENDER |
| vs. ) | |
| TISHAN LOWE, ) | |
| Defendant. ) | |

The defendant's voluntary surrender date is extended from April 11, 2007, to April 25, 2007, at which time the defendant shall surrender to the institution designated. ~~or to the United States Marshal, 20th floor, 450 Golden Gate Ave., San Francisco, California~~. The defendant shall surrender no later than 2:00 p.m. on April 25, 2007.

Dated: April 6, 2007

MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

1